| | |
|---|---|
| 1 | Brenoch Wirthlin, Esq., NV Bar No. 10282<br>Brandi M. Planet, Esq. NV Bar No. 11710 |
| 2 | **FENNEMORE CRAIG, P.C.**<br>300 South Fourth Street, Suite 1400 |
| 3 | Las Vegas, Nevada 89101<br>Telephone: (702) 692-8000 |
| 4 | Facsimile: (702) 692-8099<br>Email: bwirthlin@fclaw.com |
| 5 | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF SKYLINE STEEL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CONSTRUCTION, INC. and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:17-cv-00700-GMN-VCF<br><br><br><br>**SUBSTITUTION OF ATTORNEY** |

Defendants, TARGET CONSTRUCTION, INC. and LIBERTY MUTUAL INSURANCE COMPANY (collectively the "Target Parties"), hereby substitutes Fennemore Craig, P.C., 300 South Fourth Street, Suite 1400, Las Vegas, Nevada 89101, (702) 692-8000, as attorneys of record in place and stead of: Coats Rose, P.C.

DATED: _____

/s/ [signature]
(Signature of Target Construction, Inc.)

DATED: _____

_____
(Liberty Mutual Insurance Company)

```
Brenoch Wirthlin, Esq., NV Bar No. 10282
Brandi M. Planet, Esq. NV Bar No. 11710
FENNEMORE CRAIG, P.C.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: bwirthlin@fclaw.com
Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF SKYLINE STEEL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CONSTRUCTION, INC. and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:17-cv-00700-GMN-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendants, TARGET CONSTRUCTION, INC. and LIBERTY MUTUAL INSURANCE COMPANY (collectively the "Target Parties"), hereby substitutes Fennemore Craig, P.C., 300 South Fourth Street, Suite 1400, Las Vegas, Nevada 89101, (702) 692-8000, as attorneys of record in place and stead of: Coats Rose, P.C.

DATED:

_____
(Signature of Target Construction, Inc.)

DATED: Dec 18, 2017

_____
(Liberty Mutual Insurance Company)

I consent to the above substitution.
DATED: _____

_____
(Daniel Lund III, Esq. as prior counsel and for Stuart Richeson, Aaron Hurd, Imtiaz Siddiqui, and Tamara Lindsay[1])

We are duly licensed to practice in this District. The above substitution is accepted.
DATED: _____

_____
(Brenoch Wirthlin, Esq. as a representative of Fennemore Craig, P.C.)

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

**APPROVED:**

DATED: Dated this 20th day of December, 2017.

_____
United States ~~District Court~~ Judge
Magistrate

---

[1] Please note that these attorneys are no longer with Coats Rose, P.C.

FENNEMORE CRAIG
ATTORNEYS
LAS VEGAS

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Fennemore Craig, P.C. and that on this date, I served the foregoing **SUBSTITUTION OF COUNSEL** on the parties set forth below by legally serving via U.S. District Court CM/ECF filing system:

Jennifer R. Lloyd, Esq.
Brian J. Pezzillo, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
jrl@h2law.com
bjp@h2law.com
*Attorneys for Plaintiff*

DATED this 19 day of December, 2017

_____
An Employee of Fennemore Craig, P.C.