Brenoch Wirthlin, Esq., NV Bar No. 10282
Brandi M. Planet, Esq., NV Bar No. 11710
**FENNEMORE CRAIG, P.C.**
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: bwirthlin@fclaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF SKYLINE STEEL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CONSTRUCTION, INC. and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:17-cv-00700-GMN-VCF<br><br>**STIPULATION AND ORDER<br>TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff UNITED STATES OF AMERICA FOR THE USE OF SKYLINE STEEL, LLC ("P"), and Defendants, TARGET CONSTRUCTION, INC. and LIBERTY MUTUAL INSURANCE COMPANY (collectively "Defendants" and with Plaintiff referred to as the "Parties"), by and through their respective counsel of record, as follows:

1. WHEREAS, on or about April 23, 2018, the Parties reached a settlement of this matter and entered into a Settlement Agreement and Mutual Release of All Claims (the "Settlement Agreement"), resolving the claims in this action; and

2. WHEREAS, pursuant to the Settlement Agreement, the Parties agreed that upon execution of the Settlement Agreement and payment of a Settlement Amount, the above-captioned case should be dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs; and

///

///

FENNEMORE CRAIG
ATTORNEYS

LAS VEGAS

3. WHEREAS, the Parties have now executed the Settlement Agreement and Defendants have now paid the Settlement Amount.

NOW THEREFORE, in consideration of the foregoing, the Parties hereby agree and stipulate as follows:

A. The above-captioned case shall be dismissed in its entirety with prejudice as to each of the Defendants;

B. All currently calendared status checks, pre-trial conferences, calendar calls, and any other pre-trial proceedings or pending hearings shall be vacated; and

C. Each party is to bear its own attorneys' fees and costs.

| Howard & Howard Attorneys PLLC | Fennemore Craig, P.C. |
|---|---|
| /s/ Brian J. Pezzillo, Esq. | /s/ Brandi M. Planet, Esq. |
| Brian J. Pezzillo, Esq. | Brenoch R. Wirthlin, Esq. |
| 3800 Howard Hughes Pkwy., Suite 1000 | Brandi M. Planet, Esq. |
| Las Vegas, NV 89169 | 300 S. Fourth St., # 1400 |
| Telephone: (702) 257-1483 | Las Vegas, NV 89101 |
| Facsimile: (702) 567-1568 | Telephone: (702) 692-8000 |
| *Attorney for Plaintiff* | Facsimile: (702) 692-8099 |
| | *Attorney for Defendants* |

## ORDER

**IT IS SO ORDERED.**

**DATED** this  11  day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Fennemore Craig, P.C. and that on this date, I served the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** on the parties set forth below by legally serving via U.S. District Court CM/ECF filing system:

Jennifer R. Lloyd, Esq.
Brian J. Pezzillo, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
jrl@h2law.com
bjp@h2law.com
*Attorneys for Plaintiff*

DATED this 9th day of July, 2018.

    */s/ Morganne Westover*
An Employee of Fennemore Craig, P.C.